# FRIEDMAN & ANSPACH

Attorneys at Law
1500 Broadway
New York, New York 10036
(212) 354-4500

EUGENE S. FRIEDMAN
WILLIAM ANSPACH
ANUSHA RASALINGAM
JAE W. CHUN

DANIEL TREIMAN
LEO GERTNER

FAX: (212) 719-9072
www.friedmananspach.com

September 17, 2024

VIA ECF
Hon. Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> The 9/19/24 telephonic conference is adjourned to 10/17/24 at 10:15 a.m. The parties shall inform the Court by 10/10/24 if another adjournment is necessary.
>
> 9/17/24    SO ORDERED.
>
> *Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.

Re:  Request for Adjournment of Initial Conference in North Star Industries, Inc. v. Local 854 Pension Fund 7:24-cv-04580-CS and Anna C. Ganness, DDS, PC v. Local 854 Pension Fund, <u>7:24-cv-04581-CS</u>

Dear Judge Seibel:

    This firm is counsel to the Trustees of the Local 854 Pension Fund, Defendants in the above-captioned matters.

    Upon consent of the Plaintiffs in these two matters, I write to request an adjournment of the telephonic Initial Conference in these two matters that is scheduled for September 19, 2024 at 4 p.m. The parties are discussing the possible settlement of these two matters, and therefore an Initial Conference would not be useful at this time.

    With leave of the Court, by October 3, 2024 the parties would propose new dates for an Initial Conference in these matters if they have not yet settled.

    This is the parties' second request for an adjournment of this conference. The Court had granted the previous request due to counsel being unavailable on the initial date.

Respectfully submitted,

/s/
Daniel Treiman

cc: Jennifer Smith, Counsel for Plaintiffs (via ECF)